PROB 12C
(7/93)

Report Date: December 10, 2015

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Corwin Shippentower       Case Number: 0980 2:02CR02136-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 22, 2003

Original Offense:       Crime On Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(c)

Original Sentence:      Prison 168 months                Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    TBD                              Date Supervision Commenced: October 17, 2014

Defense Attorney:       Rebecca Pennell                  Date Supervision Expires: October 16, 2019

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Shippentower failed to report as directed by his probation officer on November 20, 2015.<br><br>On November 19, 2015, this officer made an attempt to contact Mr. Shippentower at his residence. The defendant was not home, but I did meet with his sister. The defendant's sister stated Mr. Shippentower went into town with his girlfriend. A business card was left with the defendant's sister instructing him to report to the probation office by 11 a.m. on November 20, 2015, but he failed to report as directed.<br><br>On November 30, 2015, Mr. Shippentower reported to the probation office and was confronted regarding his failure to report as directed. He confirmed his sister gave him the message but was not able to find anyone to give him a ride to the probation office. We discussed alternatives, specifically calling and acknowledging he received the message and to reschedule the appointment for another time. Mr. Shippentower claimed he did not have minutes on his cellular telephone and was not able to borrow anyone else's telephone. |

Prob12C
**Re: Shippentower, Corwin**
**December 10, 2015**
**Page 2**

    2    **Special Condition # 16**: You shall attend, actively participate, and successfully complete an approved and state-certified mental health treatment program which specifically addresses sexual deviancy, as directed by the supervising probation officer. You shall allow full reciprocal disclosure between the treatment provider and the supervising probation officer. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

    **Supporting Evidence**: Mr. Shippentower failed to participate in sex offender treatment at Ken Schafer and Associates as directed by his probation officer as of December 9, 2015.

    On November 2, 2015, Mr. Shippentower was directed to start sex offender counseling at Ken Schafer and Associates effective November 3, 2015. However, Mr. Shippentower failed to attend treatment as directed. On November 30, 2015, Mr. Shippentower was confronted in regard to his missed treatment appointment. Mr. Shippentower claimed transportation is an issue for him. He was reminded that these treatment sessions are scheduled weekly and in advance, so he should have time to make transportation arrangements. Mr. Shippentower was directed to attend sex offender group counseling the following day, December 1, 2015. However, he once again failed to attend his group session as directed. As of December 9, 2015, Mr. Shippentower has yet to attend sex offender treatment counseling.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 10, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Robert A. Whaley_
Signature of Judicial Officer

December 11, 2015
Date