PROB 12C
(7/93)

Report Date: May 18, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Corwin Shippentower | Case Number: 0980 2:02CR02136-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 22, 2003

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241 | |
| Original Sentence: | Prison 168 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Robert A. Ellis | Date Supervision Commenced: April 25, 2016 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: December 24, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

       1          **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

                 **Supporting Evidence**: On May 17, 2016, Mr. Shippentower failed to report to the United States Probation Office as directed.

                 On May 12, 2016, this officer made contact with Mr. Shippentower at his residence. During this contact, this officer notified the offender he failed to report to the probation office within the first 5 days of May. This officer directed him to repot to the office on May 17, 2016, prior to 4 p.m. Mr. Shippentower failed to report as directed.

       2          **Special Condition # 17**: You shall attend, actively participate, and successfully complete an approved and state-certified mental health treatment program which specifically addresses sexual deviancy, as directed by the supervising probation officer. You shall allow full reciprocal disclosure between the treatment provider and the supervising probation officer. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

Prob12C
Re: Shippentower, Corwin
May 18, 2016
Page 2

**Supporting Evidence**: On May 17, 2016, Mr. Shippentower failed to participate in sex offender treatment at Ken Schafer and Associates as directed by his probation officer.

On May 2, 2016, this officer discussed Mr. Shippentower's treatment needs with Ken Schafer. Mr. Schafer stated his initial evaluation was still current and Mr. Shippentower could begin treatment anytime.

On May 12, 2016, this officer made contact with Mr. Shippentower at his residence and directed him to report to Ken Schafer and Associates for treatment services on May 17, 2016, at 4 p.m. Although Mr. Shippentower stated he understood, he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 18, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

5/23/2016
Date