PROB 12C
(7/93)

Report Date: June 1, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Corwin Shippentower | Case Number: 0980 2:02CR02136-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: April 22, 2003 | |
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241 |
| Original Sentence: | Prison 168 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: April 25, 2016 |
| Defense Attorney: | TBD | Date Supervision Expires: December 24, 2020 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 18, 2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On May 27, 2016, Mr. Shippentower failed to appear for a scheduled polygraph examination, and on May 31, 2016, he failed to report to the United States Probation Office as directed. |
| | On May 24, 2016, this officer informed Mr. Shippentower a polygraph examination had been scheduled for Friday, May 27, at 1 p.m. and his attendance was mandatory. Mr Shippentower stated he understood and he knew where the location was. |
| | On May 31, 2016, this officer left a voice mail for Mr. Shippentower directing him to report to the probation office by 5 p.m. and to call back once he received this message. At approximately 3 p.m., Mr. Shippentower called the probation office and spoke with a probation clerk. The clerk stated Mr. Shippentower asked to speak with his previous probation officer, who was unavailable at the time. The clerk advised Mr. Shippentower of who his new probation officer was, to which he stated he knew. She then asked him if he would like to leave a message or call back this officer's desk number. Mr. Shippentower |

Prob12C
**Re: Shippentower, Corwin**
**June 1, 2016**
**Page 2**

stated he would call the desk number. This officer did not receive a phone call from Mr. Shippentower after 3 p.m. and he failed to report to the probation office by 5 p.m. on May 31, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 1, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[XX] Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/2/2016

Date