# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8/17/17

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corwin Shippentower　　　　Case Number: 0980 2:02CR02136-SAB-1

Address of Offender:　　　　　　　　　　, Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 22, 2003

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Aggravated Sexual Abuse, 18 U.S.C. § 2241(c) | |
| Original Sentence: | Prison - 168 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 01/27/2016 | Prison - 4 M credit for time served; TSR - 56 M | |
| Revocation Sentence: 06/14/2016 | Prison - 6 M credit for time served; TSR - 50 M | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: December 6, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 5, 2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #12::** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

　　　　　　　**Supporting Evidence**: Mr. Shippentower failed to notified this officer he had law enforcement contact on August 9, 2017.

　　　　　　　Mr. Shippentower's conditions were reviewed with him on December 6, 2016. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 12, as noted above. Mr. Shippentower had contact with an officer from the Yakama Nation Police Department (YNPD) on August 9, 2017. He failed to notify this officer of this contact within 72 hours as required.

  2  **Special Condition # 24**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervision officer, but no more than 6 test per month, in order to confirm continued abstinence from the substance.

  **Supporting Evidence**: On August 9, 2017, Mr. Shippentower consumed alcohol.

  Mr. Shippentower agreed to modify the conditions of his supervised release to include special condition number 24, which was reviewed with him on February 2, 2017. He signed the modification of his conditions acknowledging an understanding of special condition number 24, as noted above.

  On August 9, 2017, Mr. Shippentower was contact by an officer with the Yakama Nation Police Department in response to a single vehicle traffic accident. Mr. Shippentower admitted to the officer he had consumed alcohol prior to the accident.

  On August 17, 2017, Mr. Shippentower reported to the United States Probation Office and admitted to his officer he consumed alcohol on August 9, 2017. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/17/2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[xx] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/17/2017

Date